## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INDICTMENT** |
| | : | |
| **v.** | : | **CRIMINAL NO. 5:26-CR-_____** |
| | : | |
| **DERRICK JACKSON** | : | **VIOLATION: 26 U.S.C. § 7602(2)** |
| | : | |
| _____ | : | |

**THE GRAND JURY CHARGES:**

<u>**COUNTS ONE THROUGH TWELVE**</u>
**(Aiding and Assisting in the Preparation and Presentation of
False and Fraudulent Tax Returns)**

That on or about the dates hereinafter set forth, in the Macon Division of the Middle District

of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

## DERRICK JACKSON

willfully aided and assisted in, and procured, counseled, and advised the preparation and

presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040,

either individual or joint, for the taxpayers and calendar years set forth below, which were false

and fraudulent as to a material matter. The tax returns falsely reported that the taxpayers were

entitled to the Federal Fuel Tax Credit and Schedule C deductions, in the amounts set for below,

whereas, **DERRICK JACKSON** knew, the taxpayers were not entitled to such credits and

deductions.

| COUNT | FILING DATE | TAXPAYER | YEAR | FALSELY CLAIMED ITEM | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| One | April 8, 2020 | R.B. | 2019 | Federal Fuel Tax Credit | $23,909 |
| | | | | Schedule C Deductions | $34,000 |
| Two | February 25, 2021 | R.B. | 2020 | Federal Fuel Tax Credit | $25,260 |
| | | | | Schedule C Deductions | $38,369 |
| Three | March 13, 2020 | C.H. | 2019 | Federal Fuel Tax Credit | $12,353 |
| | | | | Schedule C Deductions | $62,500 |
| Four | February 6, 2022 | F.H. | 2021 | Federal Fuel Tax Credit | $54,900 |
| | | | | Schedule C Deductions | $30,000 |
| Five | February 21, 2020 | S.H. | 2019 | Federal Fuel Tax Credit | $6,405 |
| | | | | Schedule C Deductions | $51,000 |
| Six | March 1, 2021 | S.H. | 2020 | Federal Fuel Tax Credit | $11,895 |
| | | | | Schedule C Deductions | $50,000 |
| Seven | January 31, 2020 | C.G. | 2019 | Federal Fuel Tax Credit | $7,320 |
| | | | | Schedule C Deductions | $11,000 |
| Eight | February 20, 2021 | C.G. | 2020 | Federal Fuel Tax Credit | $17,751 |
| | | | | Schedule C Deductions | $25,000 |
| Nine | January 26, 2022 | C.G. | 2021 | Federal Fuel Tax Credit | $64,050 |
| | | | | Schedule C Deductions | $60,626 |

| Ten | March 10, 2020 | L.R. | 2019 | Federal Fuel Tax Credit | $12,993 |
| | | | | Schedule C Deductions | $34,000 |

| Eleven | February 19, 2021 | L.R. | 2020 | Federal Fuel Tax Credit | $33,855 |
| | | | | Schedule C Deductions | $35,000 |

| Twelve | April 4, 2020 | N.R. | 2019 | Federal Fuel Tax Credit | $16,104 |
| | | | | Schedule C Deductions | $34,500 |

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

TYLER MORRIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15 day of April, 2026.

Deputy Clerk